United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL FREEMAN LEWIS, | No. C 13-4172 JCS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| M.D. HIRSH, | |
| Defendant. | |

This federal civil rights action, in which plaintiff claims that his jailors and medical staff at California Correctional Institution in Tehachapi, California, violated his First Amendment Free Exercise rights, is TRANSFERRED to the Eastern District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in that district. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: September 11, 2013

JOSEPH C. SPERO
United States Magistrate Judge

No. C 13-4172 JCS (PR)
ORDER OF TRANSFER